# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2007

135030

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE DEVIN DOUGLAS HOYT, TYLER
WAYNE HOYT, and ABIGAIL ANTIONETTE
HOYT, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                          SC: 135030
                          COA: 276729
                          Oakland CC
DANIELLE ANTIONETTE HOYT,      Family Division: 06-721421-NA
      Respondent-Appellant,

and

DOUGLAS WAYNE HOYT,
      Respondent.

_____/

      On order of the Court, the application for leave to appeal the September 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2007

s1023

Clerk